**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1500**

_____

MICHAEL BREYAN,

        Plaintiff - Appellant,

    v.

BANK OF AMERICA,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Bruce H. Hendricks, District Judge.  (3:24-cv-00980-BHH)

_____

Submitted:  September 12, 2024           Decided:  September 16, 2024

_____

Before THACKER and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Breyan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Breyan appeals the district court's order adopting the magistrate judge's recommendation to dismiss, upon 28 U.S.C. § 1915 review, Breyan's 42 U.S.C. § 1983 action against Bank of America. Limiting our review to the issues raised in Breyan's informal brief, *see* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014), and to the magistrate judge's rulings to which Breyan specifically objected, *see Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017), we find no reversible error. Accordingly, we affirm the district court's order. *Breyan v. Bank of Am.*, No. 3:24-cv-00980-BHH (D.S.C. May 16, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*